[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-10511
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 17, 2011
JOHN LEY
CLERK

D.C. Docket No. 1:10-cr-00007-WLS-TQL-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOE NATHAN MORGAN,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Middle District of Georgia

_____

(November 17, 2011)

Before EDMONDSON, CARNES and KRAVITCH, Circuit Judges

PER CURIAM:

Gerald B. Williams, appointed counsel for Joe Nathan Morgan in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct.

1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Morgan's conviction and sentence are **AFFIRMED**.